UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Kids II, Inc., | ) |
|       Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) 1:07-CV-2757 |
| KidVid, Inc., and The Brainy Baby Company, LLC, | ) |
|       Defendants. | ) |

## JOINT CERTIFICATE OF INTERESTED PERSONS

1.  The undersigned Counsel of Record for the parties to this action certify that the following is a full and complete list of all parties in the action:

    Plaintiff Kids II, Inc.
    Defendant KidVid, Inc.
    Defendant The Brainy Baby Company, LLC

2.  The undersigned further certify that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

1

**By Plaintiff:**

Kids II, Inc.
Kids II Far East Limited
Kids II Australia Pty Limited
Kids II Canada Co.
Kids II U.K. Limited
Kids II US Mexico, S.A. de C.V.
Kids II Holdings B.V.
Ryan T. Gunnigle

**By Defendants:**

KidVid, Inc.
The Brainy Baby Company, LLC
Dennis Fedoruk

3. The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

For Plaintiff:

MARTIN J. ELGISON
Georgia Bar No. 243187
martin.elgison@alston.com
JASON D. ROSENBERG
Georgia Bar No. 510855
jason.rosenberg@alston.com
ALSTON + BIRD LLP
One Atlantic Center
1201 W. Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

For Defendant:

GEORGE P. SHINGLER
GA Bar No. 642850
gshingler@caseygilson.com
CASEY GILSON P.C.
Six Concourse Parkway
Suite 2200
Atlanta, Georgia 30328
Telephone: (770) 512-0300
Facsimile:  (770) 512-0070


Respectfully submitted, this 19th day of December, 2007.


| /s/ Jason D. Rosenberg | /s/ George P. Shingler |
|---|---|
| MARTIN J. ELGISON | GEORGE P. SHINGLER |
| Georgia Bar No. 243187 | GA Bar No. 642850 |
| martin.elgison@alston.com | gshingler@caseygilson.com |
| JASON D. ROSENBERG | CASEY GILSON P.C. |
| Georgia Bar No. 510855 | Six Concourse Parkway |
| jason.rosenberg@alston.com | Suite 2200 |
| ALSTON + BIRD LLP | Atlanta, Georgia 30328 |
| One Atlantic Center | Telephone: (770) 512-0300 |
| 1201 W. Peachtree Street | Facsimile:  (770) 512-0070 |
| Atlanta, Georgia 30309-3424 | |
| Telephone: (404) 881-7000 | |
| Facsimile: (404) 881-7777 | |
| *Counsel for Plaintiff Kids II, Inc.* | *Counsel for Defendants KidVid, Inc. and The Brainy Baby Company, LLC* |

3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Kids II, Inc., )<br>)<br>       Plaintiff,         )<br>)<br>)<br>v.                              )<br>)<br>)<br>KidVid, Inc., and The Brainy Baby )<br>Company, LLC,             )<br>)<br>       Defendants.     ) | CIVIL ACTION NO.:<br>1:07-CV-2757 |

## **CERTIFICATE OF SERVICE AND TYPE COMPLIANCE**

Pursuant to Local Rule 5.1C N.D. Ga. and Standing Order No. 04-01, the foregoing pleading is prepared in Times New Roman, 14 point.

I hereby certify that on December 19, 2007, I electronically filed the parties Joint Certificate of Interested Persons with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

GEORGE P. SHINGLER
CASEY GILSON P.C.
Six Concourse Parkway
Suite 2200
Atlanta, Georgia 30328
Telephone:  (770) 512-0300
Facsimile:   (770) 512-0070

4

/s/ Jason D. Rosenberg
JASON D. ROSENBERG
Georgia Bar No. 510855
jason.rosenberg@alston.com

ALSTON + BIRD LLP
One Atlantic Center
1201 W. Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
*Attorney for Plaintiff Kids II, Inc.*